CHARLES J. POND, as Receiver, etc., Appellant, *v.* ABIJAH COMSTOCK, Impleaded, etc., Respondent.

(Argued November 21, 1881; decided December 6, 1881.)

REPORTED below, 20 Hun, 492.

*Samuel Hand* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm on opinion of General Term.

All concur.

Judgment affirmed.

---

FELIX DEVLIN, Respondent, *v.* HERMAN REINERS, Impleaded, etc., Appellant.

(Argued November 22, 1881; decided December 6, 1881.)

DECIDED on the facts.

*E. T. Wood* for appellant.

*Wm. N. Dyckman* for respondent.

*Per Curiam* opinion for affirmance.

All concur, except RAPALLO, J., absent.

Judgment affirmed.